ATTORNEY GRIEVANCE
COMMISSION OF MARYLAND

           v.

NEMA SAYADIAN

\*    IN THE

\*    SUPREME COURT

\*    OF MARYLAND

\*    AG No. 24

\*    September Term, 2023

**O R D E R**

Upon consideration of the Joint Petition for Indefinite Suspension by Consent, filed by Petitioner, the Attorney Grievance Commission of Maryland, and Respondent, Nema Sayadian, in which Respondent consents to the imposition of an indefinite suspension from the practice of law with the right to apply for reinstatement, conditioned upon the satisfactory report of a mental health or substance abuse professional preapproved by Bar Counsel, "attesting to the fact that the Respondent has been randomly tested on at least a monthly basis and has maintained abstinence from alcohol and opioids, other than medication prescribed, for twelve (12) consecutive months preceding the professional's report[,]" it is this 22nd day of December 2023,

ORDERED, by the Supreme Court of Maryland, that, effective immediately, the Respondent, Nema Sayadian, be indefinitely suspended from the practice of law in the State of Maryland for violations of Rules 19-301.1; 19-301.2(a); 19-301.3; 19-301.4(a); 19-305.5(a); and 19-308.4(a) and (d) of the Maryland Attorneys' Rules of Professional Conduct; and it is further

ORDERED, that the Clerk of this Court shall strike the name of Nema Sayadian from the register of attorneys in this Court and shall send notice of this Order to the Trustees

of the Client Protection Fund of the Bar of Maryland and all Clerks of all judicial tribunals

in this State in accordance with Maryland Rule 19-761(a) and (b).

/s/ Shirley M. Watts
Senior Justice

Pursuant to the Maryland Uniform Electronic Legal Materials
Act (§§ 10-1601 et seq. of the State Government Article) this
document is authentic.



Gregory Hilton, Clerk